HAMLET ON OLDE OYSTER BAY HOME OWNERS ASSOCIATION, INC., et al., Appellants, v HOLIDAY ORGANIZATION, INC., et al., Respondents, et al., Defendants.

Submitted April 19, 2010; decided June 29, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the

order sought to be appealed from does not finally determine the action within the meaning of the Constitution.